FRIEDBERG ET AL., DOING BUSINESS AS HARRISBURG WINDOW CLEANING CO., *v.* PENNSYLVANIA LABOR RELATIONS BOARD.

No. 140.  Decided October 12, 1959.

*Samuel Handler* and *Arthur Berman* for appellants.

*Anne X. Alpern,* Attorney General of Pennsylvania, and *Harry J. Rubin,* Deputy Attorney General, for appellee.

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.